JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AK FUTURES LLC,<br><br>Plaintiff,<br><br>v.<br><br>DR. HAZE, INC., LEAF OF VAPE, LLC, and RITZ SYSTEMS, INC.<br><br>Defendants. | **CASE NO.: 8:23-cv-00307-JVS-ADS**<br><br>Consolidated With:<br>Case No. 8:23-cv-00308-JVS-ADS<br>Case No. 8:23-cv-00337-JVS-ADS<br><br>**ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. James V. Selna<br>Courtroom: 10 C |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and Local Rule 41-2, upon filing of the notice of voluntary dismissal by Plaintiff, the Court hereby dismisses without prejudice Dr. Haze, Inc., Leaf of Vape, LLC, and Ritz Systems, Inc., from this action.

This dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and Local Rule 41-2, is voluntary and was made prior to service or the filing of an Answer, or motion for summary judgment by any party dismissed, and

thus shall not operate as an adjudication on the merits of the claims or defenses or for any other purpose.

The Plaintiff and Defendants Dr. Haze, Inc., Leaf of Vape, LLC, and Ritz Systems, Inc., are to bear their own respective fees and costs, including attorneys' fees.

**IT IS SO ORDERED.**

DATE: December 14, 2023

_____
Honorable James V. Selna
UNITED STATES DISTRICT JUDGE